No. 282. WINIFREDE RAILROAD CO. ET AL. v. RUM-BAUGH; and

No. 283. LOCAL UNION 14182 UNITED MINE WORKERS OF AMERICA ET AL. v. RUMBAUGH. C. A. 4th Cir. Certiorari denied. *F. Paul Chambers* and *James K. Brown* for petitioners in No. 282. *M. E. Boiarsky* for petitioners in No. 283. *Ernest Franklin Pauley* for respondent. Reported below: 331 F. 2d 530.

No. 304. CARTHAN v. SHERIFF, CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. *William Sonenshine* for petitioner. *Aaron E. Koota* and *Irving P. Seidman* for respondent.

No. 473. UNITED STATES v. MADISON COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 478. OTTAWA TRIBE ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Louis L. Rochmes* for petitioners. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 479. AWTRY v. UNITED STATES. Court of Claims. Certiorari denied. *Penrose Lucas Albright* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 480. GEORGE v. UNITED STATES. Court of Claims. Certiorari denied. *John P. Witsil* for petitioner. *Solicitor General Cox* for the United States.